M. M. FENNER COMPANY, Respondent, *v.* CARRIE E.
McKAY, as Administratrix of the Estate of JOHN E.
McKAY, Deceased, et al., Appellants.

*Fenner Co.* v. *McKay*, 170 App. Div. 936, affirmed.
(Argued December 20, 1917; decided January 8, 1918.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the fourth judicial department,

entered July 22, 1915, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The plaintiff, which is a domestic corporation engaged in the manufacture and sale of various medical remedies, brought this action to recover a money judgment against defendants by reason of an alleged indebtedness arising under a certain agreement and undertaking. The complaint alleged in substance the making of the said written contract between one John E. McKay and the plaintiff company and also alleged in substance the making of the said written undertaking by said John E. McKay and the defendants George H. Batt and John B. Bordwell. The said complaint further alleged in substance that the said John E. McKay did pursuant to the said contract order and receive certain goods and paid to the plaintiff certain sums of money leaving a balance unpaid.

*H. A. Blake* for appellants.

*Allen E. Bargar* and *L. L. Thrasher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.